# CASE NO. 2016-1214, 2016-2514

## UNITED STATES COURT OF APPEALS
## FOR THE FEDERAL CIRCUIT

METALCRAFT OF MAYVILLE, INC.,

DBA SCAG POWER EQUIPMENT

Plaintiff-Appellee,

v.

THE TORO COMPANY

and

EXMARK MANUFACTURING CO., INC.,

Defendants-Appellants.

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN IN CASE NO. 2:16-CV-00544

## PLAINTIFF-APPELLEE'S RESPONSE TO EMERGENCY MOTION FOR EXPEDITED PROCEEDINGS

        Michael T. Griggs
        Adam L. Brookman
        Sarah M. Wong
        Boyle Fredrickson, S.C.
        840 N. Plankinton Avenue
        Milwaukee, WI 53203
        (414) 225-9755

August 30, 2016        Attorneys for Plaintiff-Appellee
        Metalcraft of Mayville, Inc.

# CERTIFICATE OF INTEREST FOR APPELLEE

The undersigned counsel for the appellee Metalcraft of Mayville, Inc. DBA Scag Power Equipment certifies the following:

1. The full name of every party represented by me is:

   Metalcraft of Mayville, Inc. DBA Scag Power Equipment.

2. The appellee named in the caption is the real party in interest.

3. No publicly held corporation owns 10% or more of Metalcraft of Mayville, Inc. DBA Scag Power Equipment.

4. The names of all law firms and the partners or associates that appeared for the plaintiff-appellee in the district court proceeding or are expected to appear for them in this court are:

   Michael T. Griggs, Adam L. Brookman, Sarah M. Wong of Boyle Fredrickson, S.C.

August 30, 2016                 /s/Michael T. Griggs

                                Michael T. Griggs
                                *Attorney for Appellee*

{01000684.DOCX / }

Defendants-Appellants, The Toro Company and Exmark Manufacturing, Inc. (collectively "Toro"), have moved this Court for an expedited briefing schedule. They have also requested the Court to schedule oral argument on an expedited basis.

Plaintiff-Appellee Metalcraft of Mayville, Inc. d/b/a/ Scag Power Equipment ("Scag") does not oppose Toro's request for an expedited briefing schedule as set forth in Toro's motion, nor Toro's request for expedited oral argument.

| | |
|---|---|
| Dated: August 30, 2016 | s/Michael T. Griggs<br>Michael T. Griggs<br>Adam L. Brookman<br>Sarah M. Wong<br>Boyle Fredrickson, S.C.<br>840 N. Plankinton Avenue<br>Milwaukee, WI 53203<br>(414) 225-9755<br><br>Attorneys for Plaintiff-Appellee<br>Metalcraft of Mayville, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that I caused the foregoing Response to be delivered via email on counsel for The Toro Company and Exmark Manufacturing Co., Inc. As follows:

> Anthony R. Zeuli
> Rachel C. Hughey
> MERCHANT & GOULD PC
> 3200 IDS Center
> 80 South Eight Street
> Minneapolis, MN 55402
> tzeuli@merchantgould.com
> rhughey@merchantgould.com

Date:  August 30, 2016                     s/Michael T. Griggs
                                           Michael T. Griggs
                                           *Counsel for Appellee*

{01000684.DOCX / }